UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, as the Successor Trustee of the Gallo Displays, Inc. Employee Stock Ownership and Savings Plan and Trust | Case No. 1:10-CV-00278 <br><br> (Judge Susan J. Dlott) <br><br> (Magistrate Judge Stephanie K. Bowman) |
| Plaintiff, | |
| -v- | |
| CW-GALLO, INC., *et al.*, | |
| Defendants. | |

## ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that they have entered into a settlement agreement that resolves all issues in the pending case. Accordingly, this matter is hereby dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2). All parties to bear their own court costs, if any.

IT IS SO ORDERED.

Date: _____

_____
Honorable Susan J. Dlott
United States District Court


HAVE SEEN AND AGREED:

| | |
|---|---|
| /s/ Michael L. Scheier<br>Michael L. Scheier (0055512))<br>Keating Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Phone: (513) 579-6952<br>Fax: (513) 579-6457<br>mscheier@kmklaw.com<br><br>*Trial Attorney for Plaintiff* | Dated: June 16, 2011 |
| /s/ Scott J. Stitt<br>Scott J. Stitt (0073943)<br>James E. Arnold & Associates, LPA<br>115 W. Main Street, 4th Floor<br>Columbus, Ohio 43215<br>Phone: (614) 460-1600<br>Fax: (614) 469-1066<br>sstitt@arnlaw.com<br><br>*Trial Attorney for Defendants,*<br>*CW-Gallo, Inc. and CW-Gallo, LLC* | Dated: June 16, 2011 |
| /s/ Karen L. Giffen<br>Karen L. Giffen (0042663)<br>Giffen & Kaminski LLC<br>1300 East Ninth Street – Suite 1600<br>Cleveland, Ohio 44114<br>Phone: (216) 621-5161<br>Fax: (216) 621-2399<br>kgiffen@thinkgk.com<br><br>*Attorney for Defendant, KeyBank N.A.* | Dated: June 16, 2011 |
| /s/ David A. Eberly<br>David A. Eberly (0067007)<br>Eberly McMahon LLC<br>2321 Kemper Lane, Suite 1000<br>Cincinnati, Ohio 45206<br>Phone: (513) 533-1151<br>Fax: (513) 533-3554<br>deberly@emh-law.com<br><br>*Attorney for Defendant,*<br>*North Star Trust Company* | Dated: June 16, 2011 |